UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUTHER LOPEZ,

                Plaintiff,

– against –

TRANSUNION, EXPERIAN INFORMATION SOLUTIONS, INC., *and* CHEX SYSTEMS,

                Defendants.

**ORDER**

24-cv-07948 (ER)

RAMOS, D.J.:

    On October 18, 2024, this case was removed from New York state court to this Court. *See* Doc. 1. On October 25, 2024, defendant TransUnion filed an answer to plaintiff Luther Lopez's verified petition and supplemental addendum, which Lopez initially filed in state court on September 6 and 13, 2024, respectively. Docs. 8, 9. On November 15, 2024, plaintiff Lopez, appearing *pro se*, filed a notice of voluntary dismissal, pursuant to FRCP 41(a), asking for the case to be dismissed without prejudice and "sent back to state court." Doc. 11. Defendants filed a response on November 25, 2024, opposing Lopez's notice of voluntary dismissal. Doc. 13. Defendants stated that defendant TransUnion was the only Defendant properly served with all the pleadings in the instant case. *Id.* ¶¶ 11, 13, 20.

    At a telephonic conference held on December 17, 2024, Lopez withdrew his application to voluntarily dismiss the action and indicated he will proceed in this Court. The Court reminded Lopez of the need to serve the remaining defendants with the pleadings.

    On January 27, 2025, defendant Experian Information Solutions, Inc. filed an answer to Lopez's verified petition and supplemental addendum. Doc. 17. To date,

defendant Chex Systems has not answered or otherwise moved with respect to the pleadings.

The parties are directed to provide the Court with a status update regarding service of the pleadings by February 5, 2025.

It is SO ORDERED.

Dated:   January 29, 2025
        New York, New York

                                              EDGARDO RAMOS, U.S.D.J.