UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUTHER LOPEZ,

              Plaintiff,

– *against* –

EXPERIAN INFORMATION SOLUTIONS, INC. *and* CHEX SYSTEMS, INC.,

              Defendants.

**ORDER**

24 Civ. 7948 (ER)

Ramos, D.J.:

        On March 24, 2025, Chex Systems, Inc. filed a motion to dismiss Luther Lopez's Verified Petition. Doc. 24. Lopez is directed to respond by **April 15, 2025**, and Chex Systems, Inc. is directed to reply by **April 22, 2025**.

It is SO ORDERED.

Dated:    March 26, 2025
             New York, New York

                                                                                   Edgardo Ramos, U.S.D.J.