UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUTHER LOPEZ,

                Plaintiff,

– against –

EXPERIAN INFORMATION SOLUTIONS, INC. *and* CHEX SYSTEMS, INC.,

                Defendants.

**ORDER**

24 Civ. 7948 (ER)

Ramos, D.J.:

      The Court having been advised that all claims asserted herein as against Experian have been settled between Lopez and Experian, it is ORDERED, that the above-entitled action be and hereby is discontinued as to Experian only, without costs to either party, subject to reopening should the settlement not be consummated **within sixty (60) days** of the date hereof.

      Any application to reopen the action against Experian must be filed **within sixty (60) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement between Lopez and Experian, they must submit the settlement agreement to the Court **within the next sixty (60) days** with a request that the agreement be "so ordered" by the Court.

      For the avoidance of doubt, this matter will continue as to Chex Systems, Inc.

SO ORDERED.

Dated:   June 17, 2025
           New York, New York

                                                        Edgardo Ramos, U.S.D.J.