UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUTHER LOPEZ,

          Plaintiff,

– against –

EXPERIAN INFORMATION SOLUTIONS, INC. *and* CHEX SYSTEMS, INC.,

          Defendants.

**ORDER**

24 Civ. 7948 (ER)

Ramos, D.J.:

    In an August 1, 2025 opinion and order granting Chex System's motion to dismiss, the Court granted leave for Lopez to amend his complaint by September 2, 2025. Doc. 36. The Court stated that if Lopez failed to do so, this case would be closed. *Id.* at 11. To date, Lopez has not filed an amended complaint.

    Therefore, the Clerk of Court is respectfully directed to close the case.

    It is SO ORDERED.

Dated: October 9, 2025
       New York, New York

                                                Edgardo Ramos, U.S.D.J.